# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>ADVANCED TISSUE SCIENCES, INC.,<br>      Debtor and Debtor-in-Possession.<br><br>JOHN T. FREEMAN, Trustee of the ATS Liquidating Trust, and BHGV LLC, a Delaware limited liability company,<br>      Plaintiffs/Appellees,<br>v.<br>INAMED, LLC, a California limited liability company,<br>      Defendant/Appellant. | Case No. 07-CV-0420 BEN (BLM)<br>Bankruptcy No. 02-09988-M11<br>Adversary No. 07-90017-JM<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE FOR BANKRUPTCY APPEAL** |

The court has set a hearing date for the purposes of this appeal from the United States Bankruptcy Court to be held before the Honorable Roger T. Benitez on **August 13, 2007, at 11:00 a.m. in Courtroom 3**. In preparation for the appeal, the Court **ORDERS** the following appeal and briefing schedule:

1. This court shall receive a Record of Appeal no later than **May 14, 2007**. These dates apply to any portion of the bankruptcy court's decision that is being appealed by appellant or cross-appealed by appellee. It is counsels' obligation, after determining those sections of the record relevant to the motion, to notify the court reporter and arrange for the desired portions of the transcript to be prepared and sent to the bankruptcy appeals clerk at the U.S. Bankruptcy Court. *See* FED. R. BANK. P. 8007; General Order 312-D, § 2.03. All counsel intending to appeal a portion of the bankruptcy court's decision, therefore, must notify the court reporter in a timely fashion so that the transcripts may be completed and submitted to the appeals clerk of the Bankruptcy Court. Each counsel must also provide two copies of any documents he or she wants made part of the record to the bankruptcy appeals clerk of the Bankruptcy Court so the bankruptcy appeals clerk can certify those documents and transmit them to this court.[1] Each counsel is solely responsible for monitoring the process governing the completion of the record to ensure that this court is provided a certified Record on Appeal under the time table established in this Order. If appellee intends to certify portions of the record after receiving the submissions by appellant, then attorney(s) for appellees must do so with such rapidity as to comply with the briefing schedule outlined below.

2. No later than **June 11, 2007,** appellant shall serve and file its opening brief and supporting evidence. The motion shall comply with the Local Rules for the U.S. District Court for the Southern District of California, Civil Local Rule 7.1.h. Any cross-appeals shall be treated as opening motions for purposes of this briefing schedule and filed by this date;

3. No later than **July 9, 2007,** appellee shall serve and file its responsive brief and supporting evidence. This responsive brief shall comply with the Local Rules for the U.S. District Court for the Southern District of California, Civil Local Rule 7.1.h;

---

[1] After filing the Notice of Appeal in the district court, the appealing party must file a Designation of Record. This document notifies the bankruptcy court of the portions of the record that are being appealed to the district court. After designation of the record, a period of time elapses during which the bankruptcy court completes the record for transmittal to the district court.

4.     No later than **July 20, 2007**, appellant shall serve and file any reply brief and any evidence directly rebutting the supporting evidence contained in appellee's response. This Reply shall comply with the Local Rules for the U.S. District Court for the Southern District of California, Local Civil Rule 7.1.h.

**IT IS SO ORDERED.**

DATED: May 2, 2007

_____
Hon. Roger T. Benitez
United States District Judge